WEBSTER A. CHAPMAN, JR., an Infant, by His Guardian ad Litem, WEBSTER A. CHAPMAN, Respondent, v. WINEFRED BUELL et al., Appellants. WEBSTER A. CHAPMAN, SR., Respondent, v. WINEFRED BUELL et al., Appellants.— Order reversed on the facts and as a matter of discretion, with $10 costs and disbursements, and motion granted, without costs, the dates of issue and present position of the cases on the trial calendar to remain the same. All concur. (The order denies defendants' motion for leave to serve an amended answer in each of two automobile negligence actions.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of A. R. HASKELL et al., Respondents, against HOWARD J. FISK et al., Constituting the Town Board of the Town of Ellicott, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See *ante*, p. 153.]

MARY PERRY, Respondent, v. HART'S FOOD STORES, INC., et al., Appellants.— Motion for reargument denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See *ante*, p. 940.]

JAMES L. ROLFE, Appellant, v. LESTER M. SPAIDE et al., Respondents.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present —Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See *ante*, p. 943.]

ELSIE S. ROLFE, Appellant, v. LESTER M. SPAIDE et al., Respondents.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See *ante*, p. 943.]